FILED - GR
June 8, 2020 10:55 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: /w /6-8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

(5) Five Plaintiffs
(1)- Jorge Gillermo Velez; (2) Jorge Ramos; (3) Fortunato Sandoval Avilez
(4)- Moises Gamboa
(5)- Juan Carlos Porras Quintero All-m Suffer this Complaint.

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v.

WARDEN N.L.C.F. Mr. Donald Emerson
Warden North Lake Correctional Facility, P.O. Box 1500
Baldwin, MI. 49304 (Mr. Donald Emerson/And his Health Service Staffs,)

(Enter above the full name of the defendant or defendants in this action.)

## COMPLAINT

1:20-cv-516
Robert J. Jonker - Chief U.S. District Judge
Ray Kent - Magistrate Judge

I. **Previous Lawsuits**

   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial chan[ges to the ability of] individuals to initiate lawsuits in this and other federal courts without prepay[ment of fees.] Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐ No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
   (N/A) now come in District Court Grand Rapids, MI. 49503 Complain

   2. Is the action still pending?   Yes ☐ No ☒
      a. If your answer was no, state precisely how the action was resolved: _____
      N/A

   3. Did you appeal the decision?   Yes ☐ No ☒

   4. Is the appeal still pending?   Yes ☐ No ☒
      a. If not pending, what was the decision on appeal?   N/A
      N/A

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐ No ☒
      If so, explain: this Complaint is in (PROSE) Manner Without of Lawyers or Lawsuit Organizations, Possible this Court have other Complaint's...

II. **Place of Present Confinement** North Lake Correctional Facility P.O. Box 1500 Baldwin, MI. 49304.

   If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:
   North Lake Correctional Facility P.O. Box 1500 Baldwin, MI. 49304.

-1-

III. **Parties**

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff 5-Five Plaintiffs in support this Complaint. (1)- Jorge Gillermo Velez (2) Jorge Ramos (3) Furtunato Sandoval Avilez (4)- Moises Gamboa (5) Juan Carlos Porras Quintero All-support Plaintiff Complaint

Address P.O. Box 1500, Baldwin, MI. 49304

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1  Warden North Lake Facility Correctional P.O.Box 1500, Baldwin, MI.49304.
Position or Title  Warden : Donald Emerson.
Place of Employment  Warden Facility Baldwin of Michigan
Address  P.O.Box 1500, Baldwin MI. 49304.
Official and/or personal capacity?  Warden

Name of Defendant #2  N/A
Position or Title  N/A
Place of Employment  N/A
Address  N/A
Official and/or personal capacity?  N/A

Name of Defendant #3  N/A
Position or Title  N/A
Place of Employment  N/A
Address  N/A
Official and/or personal capacity?  N/A

Name of Defendant #4  N/A
Position or Title  N/A
Place of Employment  N/A
Address  N/A
Official and/or personal capacity?  N/A

Name of Defendant #5  N/A
Position or Title  N/A
Place of Employment  N/A
Address  N/A
Official and/or personal capacity?  N/A

-2-


## IV. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

See, Attachment Plaintiffs Complaint Argument and Factors OF ALL-Plaintiffs Circumstances in Custody in the North Lake Correctional, Warden Violations are Unconstitutionals and CRUEL and Unusual Punishment Loss Due Process OF the Eight Amendment Violation in "Support" OF this Complaint "Section-IV" Statement OF Claim - Page - 3three to Continue nex Page Plaintiffs Memorandom OF Law Complaint Granted Immediate Release today.

- ("Complaint-Exemplary OF Deliberate Indifference") -

Honorable Court Judge, this Complaint Memorandum OF Law - To - Continue OF this page 3-three - to Page 3B-

Honorable Court Judge Plaintiffs Arguments and Claims to Consider Plaintiffs are Not Proffesionals Lawyers or Paralegal Study in a Institute OF Law they Not are proffesionals With Certification With Honors in Law, Not, they are Prisoner's Proceeding in (PRO-SE) Manner; ALL-Plaintiffs Claim Justice and they Claim his Rights OF Prisoner at 28 CFR-BOP and Protocols OF North Lake Correctional and "CDC-Guideline" OF Protection the Prisoner at a big-PANDEMIC-to Grant-Plaintiffs Complaint Warden Donald Emerson Ordering "LATE" Protection the inmate at Pandemic and transfering Inmate With Symptoms Coronavirus, that Warden to Put-in Risk OF Death all inmate At Covid-19 Pandemic, that Was a Warden to Put in high Risk the Population is a CRIME. Plaintiffs is Grant-Immediate Release today.

See, Attachment the Continue Page 3b-fourt, to 5-five, page in Support OF this Section-IV - Page 3three, is the Page Follow.→ this Page 3-A-Continue-Page 3-B-To-3I.

-3-

(Last Revised: June 2013)

Page: 3-A___ To Continue to this Page: 3-B___.

## II. INMATES MOTION COMPLAINT.

**THE WARDEN NORTH LAKE CORRECTIONAL FACILITY ORDERING " LATE " STAFF AND INMATES USE MASK, SOAP, GLOVE Etc. FOR PROTECTION THE INMATE AT PANDEMIC INFECTION VIRUS COVID-19 WITH A HIGH RISK THE CORONAVIRUS ARE INMATE MEDICAL CONDITIONS, THEY ARE HIGH RISK OF DEATH HERE**

**COME NOW,** Inmates Claim at MOTION COMPLAINT are the Follow:

Mr. Jorge Gillermo Velez, Fed.No. 71172-018  Case Fed. No. 8:18-CR-437-T-35SPF.
Mr. Jorge Ramos, Fed.No. 18272-021  Case No. 4:13 CR 00161-Z.
Mr. Fortunato Sandoval Avilez, Fed No. 24376-479  Case No. Dr-18-CR-02524-AM (1).
Mr. Gamboa Moises, Fed.No. 18005-086  Case No. 3:10-CR-00111-09
Mr. Juan Carlos Porras Quintero, Fed No. 26907-078  Case No. 4:15-CR-00155-011

All Proceeding in (PRO-SE) Manner respectfully Hon-District Judge Court inmates claim justice and his right, for the follow reasons submitted *MEMORANDUM MOTION COMPLAINT THE WARDEN EMERSON NORTH LAKE CORRECTIONAL FACILITY IN BALDWIN, MICHIGAN.*

Inmate COMPLAINT is Based the Error of the Warden to ANNOUNCE-LATE-A ORDER- To All-Staff and Inmates Use MASK, SOAP, GLOVE Etc.. Warden Announce Late was On APRIL-20, 2020.. A Report of BALDWIN , MICHIGAN RADIO- Said NORTH LAKE OBTAINED " 14-STAFF And More of 10-INMATES With INFECTIONS CORONAVIRUS TESTING POSITIVE.
Inmates CALL-CRUEL AND UNUSUAL PUNISHMENT VIOLATION WHERE THE WARDEN DID NOT OBTAINED THE PRISIONERS PROTECTION FOR INFECTION VIRUS COVID-19 , To Initio Since February In Prisions Of NEW YORKS TV-SHOW-REPORT_ 5 INMATE And 2-Two Staff DIED At PAndemic Time. ("Radio, TV-Show English/Espanish Anounce NOTICE-CORONAVIRUS ARE RISK-THE INFECTION")

Warden At That Time Listen in NEW York , New Yersey, Chicago, Detriot Prisions To Many Inmate are Infected For Coronavirus, Warden Ignored and Not FOLLOW " **CDC-Guideline Protection the Prisioners in Prision are a BOMB- For Infections and Are a High Risk Inmates VULNERABLES the Virus Infection, Warden to PUT-IN HIGH RISK OF DEATH To many Inmate in Prision Federal , THAT IS A CRIME. Violation Constitutional.**

[ "On March 30, 2020", " INMATES DEATH AT FCI-OAKDALE-REPORT TV-SHOW"]

A Judge In Florida Courts GRANTED-COMPLAINT-To 34-INMATES Of 3-Three Prisions To Wardens Complex Facilityu of Immigration Did Not Protection give the Inmate At PANDEMIC Infection and Put-In High Risk The Coronavirus WITHOUT MASK, GLOVE. Etc.
And GRANTED COMPLAINTS INMATES BASED SHE OPINION FINAL WAS VIOLATION
" CRUEL And Unusual Punishment and that Loss the Due-Process."
 ~ Social distance "in North Lake is IMPOCIBLE.

Page 3- B-2 Continue this Page 3-C.

### III. WARDEN NORTH LAKE CORRECTIONAL IMPUSE LATE A ORDER OF PROTECTION THE INMATES IN – FACILITY CUSTODY

[ CRUEL AND UNUSUAL PUNISHMENT VIOLATION ]

**"CENTER FOR DISEASE CONTROL AND PREVENTION",** The CORONAVIRUS IN PRISION/ 2019., **Dr. ASAF BITTON, Said:** MANTAINING PUBLIC HEALTH BY STARING APART IN A PRISION IS IMPOSIBLE- AT THE BEGINING OF THE COVID-19 PANDEMIC.

Warden did not give the inmates FACEMASK, SOAP, Etc.. Before of APRIL-20, 2020. Warden Permited to Staff ("Officials") workers in North Lake facvility to come directly from the Streets inside the Units facility with all povulation inmate without of protection Facemask soap, gloves etc.. On APRIL-20,2020. **Staff talking directly with prisioners in this facility and Units without protection the inmates , the Staff and inmates never obtained " SOCIAL DISTANCE" Into Facility Is IMPOSSIBLE.**

**Warden** was not successful Social Distancing between staff and prisioners. The warden permitted the staffs to come into this facility without the proper protection violated the **"CDC-Guideline Protection to Prisioners At PANDEMIC DANGEROUS of Death - IS A CRIME.**

**NORTH LAKE Prision** are ill-Equipped to preven the Spread of Covid-19. Public health experts recommend containing the virus through measure such as SOCIAL DISTANCING. Here inmates did not frequently desing ecting shared surfaces, and did not frequently wassh hands because the facility warden did not give soap, only every – 15-days, all is durty, shower, sink, tables, rooms all, that reasons that inmates did not use hand sanitizer. here warden give that order to all staff and inmate on april 20,2020 was late to use facemask, soap, glove, etc.. is a violation unusual punishment and cruel is inconstitutional violation to a person put in risk of Death Is a - CRIME.

Plaintiffs OF Baldwin Prision in michigan, Call-Coronavirus ("Covid-19") Pandemic- Without OF Guideline "CDC" Protection Is a Violation CRUEL and Unusoal Punishment by exposing them to risk OF Illness OF Death From the Coronavirus. Is Violation Eigth Amendment And loss the Due Process and that outbreak OF the Virus IS Imminent.
   In Prision, inmates are Suffering Unconstitutional Conditions when they live Without of Protection "CDC" Guidelines. [Warden Ordering to Inmate's Use Mask, Soap etc. On April 20, 2020]

Page 5-B - to Continue This Page-5-C

Plaintiffs claim that, Covid-19 Symptoms increase claiming Precautions Requires more Social Distance, And Separation of the Population. Here, Warden Ordering Separation Lockdown Was "late" On April 20, 2020.

Inmate Claim that, In this Complaint The Warden to Put- in High Risk of death or the Covid-19 Inffection Pandemic Is was Violation EIGHT AMENDMENT And Due Process. Warden Ignored the "CDC-Guideline Protection For Prisoners in - North Lake Correctional North Lake Order Warden Emerson Lockdown On April 20, to May 10, 2020. 65% Percent Of Inmates containing the Virus Infection Covid 19. Two Inmates in a Small-Cell was a "BOMB" All-Inmate Provide the infection Virus Covid-19 - CRUEL And Unusual Punishment Violation.

## IV. THE INMATES MUST SHOW HE SUFFERED OBJECTIVELY SERIOUS HARM THAT PRESENTED A SUBSTANTIAL RISK TO HIS LIFE AND SECURITY BASED TO ALL INMATES ARE VULNERABLE WITH CONDITIONS OF CONFINEMENT WAS A HIGH RISK OF DIED OR THE COVID-19-PANDEMIC

[ CRUEL AND UNUSUAL VIOLATION PUNISHMENT ]

For All-Inmates, Nothing could be more objectively serious in - the north lake prision are **TINDER-BOXES FOR INFECTIONS DISEASE. tHE QUESTIONS WHETHER THE GOVERNMENT CAN PROTEC INMATES FROM COVID-19 IS BEING ANSWERED EVERY DAY, AS OUTBREAKS APPEAR IN NEW FACILITIES.** ("North Lake Report 83- Staff Positive the Coronavirus infection").

NORTH LAKE at time Covid-19 is a ticking time "BOMB" in their Prisions and arguing that Failure to Provide a adequate Protection under CDC-Guideline . Lock Down in Unit-D4, D3, D2 With One Ventilation Was a "BOMB".

President: Donald trump Said Sunday that the Was Considering an executive Order to Free Elderly Non-Violent Prisioner From Federal Prisions in response to the novel Coronavirus Pandemic.

Plaintiffs Claim that, (1)- Warden Impose Late a Order in North Lake Facility to "Staff" and "Inmate" Use mask, Soap etc. Was On April 20, 2020 When the Baldwin Correctional 14-Staff and More of Six-Inmate Obtaining the Coronavirus Positive testing; (2)- Warden receive Prisioners of transfer From California and texas Prisions With Positive inmate the Coronavirus ("Second time to Put-Population in risk of Death") or the Infection Coronavirus When this Population has Inmate Vulnerables

Note: All-Inmates D-4-North Lake Facility to Report the Heath Service employments Nurse: J. Stakenas, She ignored to more of 10-Ten Inmate With Symptoms Covid-19. Miss: Stakenas, Said Health Service is FULL, Is Place For Only Coronavirus Emergency, and Ignored Inmates Symptoms, Only give Spirin-Pill. ("Eighth Amendment - Nurse ensure" To All-Inmates Coronavirus Symptoms Conditions RECEIVE MEDICAL CARE, She Deprived inmates.)

Page-3-C to Continue Page-3-D

the Coronavirus infection; (3).- Warden before of April 20, 2020 Ignored the CDC-Guideline Protection the Coronavirus Pandemic, At that time, Staff and Inmate never received Protection Mask, Soap, Hands Sanitation, When Baldwin Population Inmates not obtaining testing Positive the Coronavirus; (4)- Before April 20 Staffs Come directly From Streets Without of Protection Mask, Glove, Soap For hands etc... Plaintiff Complaint Call- CRUEL And Unusual Punishment Violation of the Due Process and "Eight Amendment", that is Unconstitutional Violation at Pandemic. (Warden Deprived North Lake Inmates disregarded an excessive Risk- of Death and health or Safety. Malfunctioning Prison Equipment at Pandemic (covid-19-Virus infection) him Not Protection give the Baldwin Population.) Pandemic will continue to grown and Spread over the nex several weeks is Posible North Lake give a 65% Percent Inmates or more, are Infected with Covid-19 and Posible Some inmate or Staff Will Die.

Here, during the Covid-19 in Baldwin Prison, It is Imposible For Inmate to Practice "Effective Social distancing", We are not Provided with the necessary hygene products to minimize the risk of exposures. IF Prisoners develop Complications, we are able to access the Nurse only, and not a hospital or Doctor. North Lake Facility nurse Informed us that the medical department is Open only For Prisoners With Emergencies of Coronavirus, With Fever, Temperature of 110 or higher, or Serious respiratory Problems. Inmates ask- the Facility Nurse For testing-coronavirus She answer, Now I'm dont have testing the Covid-19. Warden never Provided testing- Covid 19 For Inmate Seek's in the Units. Inmate D-4-Unit have Started Showing Symptoms of Coronavirus Since March 28, 2020; On April 5-to-10, 2020- Posible more of 12- Inmate obtaining Coronavirus Symptoms, Was Fever of Over 100, Severe Cough, respiratory Problems, body aches, head ache, chills, loss of Smell, and loss of taste-Food, At this Time the nurce Found 3-three inmate with temperature over 100 and Pronounced them Well and Provided each Inmate a Pack of 500 mg of aspirin and told them they will be good, that same inmate requested a Covid-19-testing because their symptoms and the nurse Said there were none available. the nurse Ignored Inmates Symptoms Covid-19, the Nurse Put in high Risk of Death. CRUEL and Unusual Punishment Violation the Eight Amendment here.

NOTE: Florida Court Judge: Marcia Coone "Issue a Order thurday For "INS-Enforcer- ment to begin the Steps to bring Down the number of detainees From 1,400 About "350" Within TWO-Week." Judge-Follow CDC-Guid. Social Distance. Separation

Page 3-D to Continue Page 3-E

ALL-Plaintiffs Claim his Right and Claim Justice.

## V. CRUEL AND UNUSUAL PUNISHMENT VIOLATION AND EIGHT AMENDMENT

North Lake Correctional On April 20, 2020 All-Inmate are the Midst of an Unpresident PANDEMIC.

COVID-19 - Is a respiratory disease, the virus typically inffects the Upper Respiratory tract, but it can also venture deeper into lungs and in some patients Results in Pneumonia like Symptoms requiring Hospitalization and sometimes inturbations on Ventilation.

Workers for the State department task Force For Coronavirus ("covid-19") came here North Lake Facility on April 16, 2020 and reported that inmate at this Facility have tested Positive the Covid-19-Virus. they also reported that on thursday April 16, 2020, Two inmates have died.

Covid-19 don't have respect For "Ege", Race, Color. People With Underlying Medical Conditions, Diabetes, hyPertension, high Blood Pressure or respiratory Problems or at a much higher risk of Serious complications and death due to Coronavirus. the U.S. Central of health service Provides a reting of Vulnurability With Diabetes have a "9.2-Rating" of Vulnurability and People With hyPertension obtained the "8.4 Rating", Remember, there is no vaccine or approved drug treatment.

Plaintiffs names some are With Chronic Medical Conditions, they are high risk of Death or the infection Coronavirus, Same inmate's are Vulnerables the Covid-19. and other obtaining the Covid-19 Symptoms Without of Medication Special the Coronavirus, A nurse ignored his Symptoms, She Put-in high Risk of Death is a CRIME.

J. Stakenas: the nurse-in D-4 Cheking temperatore in Same inmate's- For 3-three days With "Fever" more of 105 and the 4th day the nurse to Sender of Emergency to Health Service, She Put- Two inmates in High Risk of Death, that is Cruel and Unusual Ponishment

Page 3-E to Continue Page 3-F

A nurse Ignored Symptoms Fever, Pain, Cough, Respiratory Pulmonary etc. Violated Eight Amendment and loss Due Process, that is Cruel and Unusual. (Nurse J. Stakenas To "deprived" All-Inmate of a Adequate Medical Care.)

All-Inmate in North Lake Facility before OF April 20, 2020 are in the midst of an Unpresedent "PANDEMIC".

Covid-19, has Paralyzed the entire Prisons, the disease has spread exponentially, Shutting down Prisons Family Visitation Rooms, Law-Library, Recreation, School, Program Education, Jobs.

the Prisons are tinderboxes For infections disease. the questions when the government Protect Inmate From Covid-19 is being answered every day, as outbreaks appear in new Facility.

their Wholly Unnecessary detention had led to a catastrophic outbreak that Will soon burden an already Stracned Health Care System ("CDC-April 20, 2020").

"NEW" April 03, 2020, Friday Attorney General: William Burr and President of the U.S. "Donald trump" Bill Barr is Ordering Federal Prisons Officials to Intensify their effort to Release "Vulnerable-Inmate at three-3-Prisons-Complex that are Struggling to Contain major outbreaks of the Coronavirus. Honorable Court Judge based the new-Order of President U.S. Donald TRUMP Grant-Plaintiffs Complaint-Immediate relief.

"NEW" - 41 - Forty One Inmate In Michigan Prisons have Died of Covid-19 as of April 30, 2020.

MDOC-Facility is Now testing all inmate at Cotton Correctional With results expected the end of the Week.

A Law Suit alleges "CRUEL And Unusual Punishment in Prison during Pandemic ("Covid-19").

(Note: Warden North Lake Facility did not Report-All-Inmate "Die" At-Pandemic Since February 25 to May 27, 2020. Hon-Judge Court, that require a Open Investigation To North Lake Facility Record Health Service of Inmate Coronavirus and Death inmates.)

Page 3-F Continue Page 3i-5,
("5- Plantiffs has Granted his Complaint-that GRANT-INMEDIATE Release day.)

("See Report TV-SHOW") Dr. Homer Venters Brenna Center For Justice One of the "First Step Act". Him, Said, Who is Older than "50" to "55" Ages With Chronic Medical Conditions Problems and many of them are at Risk For Dearly Serious illness and Death. - Hon-Court Judge, respectFully Five-Plaintiffs here requires to Send a Order the North Lake Warden: Emerson to Follow" CDC-Guideline to recommend For halting the Spread of the disease including widespread Testing "SOCIAL DISTANCE".

Plaintiffs requires that, North Lake Correctional had more of 1600 Inmates, Warden: Emerson Not Follow CDC-Guideline Separation of Inmates In North Lake Facility "IS IMPOSIBIE". President U.S. Ordering Social-Distance, North Lake Facility Units Warden "today" mantaining TWO-2-Inmate In Each-Cell-Room, Sleep, Shower, Eat etc. Warden: Emerson did not give Protection North Lake Facility Inmates, that is CRUEL And Unusual Violation Punishment And loss of Due Process and that an outbreak of the Virus is IMMINENT.

"CDC- While Ignoring critical Measures of the recommended Guidelines For halting the Spread of the disease including Widespread testing "SOCIAL DISTANCE". ("Separation of Inmate CDC-Recommended").

"Oakland County Under SherriFF: "Michael McCabes" Said We have Capacity of 1508 and today had "742" inmate, him Said We have "REDUCED" Our-Population in recent Weeks by about 600-Inmate Who either We "COSIDERED-LOW-RISK or Made bond. SherriFF: McCaber Follow CDC-Guideline Protection the Prisioner For halting the Spread of the disease Including Widespread Social Distance Separation of Inmate - Sherriff Pot-One Inmate in One-Cell-Room - CDC- Recommended Separation Inmate.

Easter District of Michigan alleges Eighth Amendment Right to be "Free". Alleges Violatons of Prisioners From CRUEL And Unusual Punishment by exposing them risk of illness of Death From the Coronavirus "Covid-19" (Pandemic). the "Lawsuit" Says Prisioners are Suffering Unconstitutional Conditions of Unusual Punishment and loss of Due-Process Violation and that an outbreak of the Virus is imminent.

(ALL-Inmate only Claim Justice and his Right)
(Constitutionals As Protection, Security, health Service.)

Page 3-G ro Continue this Page 3-1

## VI. CONCLUSION

All-Inmate into Prision Facility in BALDWIN MICHIGAN CLAIM THAT, To this Honorable Court Judge Grant- Plaintiffs Complaint based his arguments with real testimony OF ALL-Five Prisioners OF his bad-Circumstances in - North Lake Correctional Custody and Pandemic at inmate are OF high Risk the Covid-19 and Posible Death. All-Plaintiff Claim that, Warden Baldwin in Michigan Violated they Constitutional Rights OF all-Inmate and Warden to Put-in high Risk OF death that Is a Crime. that Granted Inmediate Release. This 02 day Of JUNE02 OF this — .2020. Without Prejudice. (See, Attachment All "Exibhit" G Pristaffs Come in Back)

RESPECTFULLY SUBMITTED

(Case Criminal No.
# 8:18-CR-437-T-35SPF)
/S/ _____
Mr. Jorge Gillermo Velez  / Attachmen his Account balance Found.(opy).
Fed.No 71172-018 (See, Atachment his Record Sentencing Come in oF Back).

(Case Criminal N.
# 4:13-CR-00161-2)
/S/ Jorge Ramos  / Attachment his Account balance come in oF Back).
Mr. Jorge Ramos /obtained Coronavirus infection without Prections).
Fed.No. 18272-021 / See, Record Sentence and Release day in oF Back-copy).

(Case criminal N.
DR:18-CR-02524-AMCI)
/S/ Fortunato Sandoval Aviles
Mr. Furtunato Sandoval Avilez/obtained Symptoms For 6-day) (Account balance)
Fed.No 24376-479  / See his Record Sentencing And Release date in Back Copy).

(Case Criminal N.
3:10-00111-09)
/S/ Moises G
Mr. Moises Gamboa/ See, his Sentencing Computation and Release date Copy).
Fed.No 18005-086  / Attachment his Account balance Founds Come in oF back).

(Case Crimrna N.
4:15-CR-00155-011)
/S/ Juan Carlos Parror
Mr. Juan Carlos Porras Quintero/ See, his Copy Sentencing and Release date).
Fed.No 26907-078 / Attachment his Account Founds Come in Back.)

NORTH LAKE CORRECTIONAL FACILITY
P.O.Box 1500
Baldwin, MI 49304.
Unit: D-4  Cell's Differents

## V. Relief

State briefly and precisely what you want the court to do for you.

S-Five Plaintiff requires to this Court Review-his Complaint Argument and Warden Violation the Inmates-Population to Put-in high Risk of Death At Pandemic Circumstances and Vulnerables Inmate the risk of Death and the Infection Coronavirus ("Covid-19") in a "Evidentiary hearing" where this Court Grant-this Complaint Immediate Release or this Court Judge Ordering ALL-Inmate Are deportable inmediate to inmates Country today. ALL-Inmate CALL-Warden Violated CDC-Guideline Protection At Pandemic Inmate that, CRUEL And Unusual Punishment Violation, Eighth Amendment of the Due-Process. (S)-Five Plaintiff Sing-Complaint in support are the Follow:

(1)- Mr. /s/ Jorge Guillermo Veiz
(2) Mr. /s/ Jorge Ramos Morales
(3)- Signature of Plaintiff /s/ Moises Gamboa
(4)- Mr. /s/ Juan Carlos Porras Quintero
(5) Mr. Fortunato Sandoval Aviles

Date: June/02/2020

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(1)- Law librarr North Lake Facility is Close Since April 20, 2020, Sorry, I'm dont Sender All-Copy Complaint to requires this Court For Prison Circumstances Pandemic.

(2) NOTE IMPORTANT: All- inmate are Not Attorney's All-Inmates proceeding in (PRO-SE) manner, they requesting For a A Defense Counsel Under 3006-A For a more proceeding Complaint and a language Writt Proffesional in Complaint arguments.

Posible his Complaint Contaning error's in the Writt and the Written was With Black-Pen ALL-Inmate not had a Tittle Proffesional Lawyer Hon-Judge Court Considering that in this Writt-Complaint Unde Pandemic.

-4-  (Last Revised: June 2013)

## CERTIFICATE OF SERVICE (FOR ALL-FIVE INMATES COMPLAINT)

I, Jorge Velez, Jorge Ramos, Fortunato Zandoual, Gamboa Morses, Juan C Porras Quintero Do hereby certify under penalty perjury [28 USC. & 1746] that I have this day mailed and served the Attached requesting to this Complaint Warden Impuse One Order Staff and Inmate Use FaceMask, Gloves, Soap Etc. Was Late At Pandemic ("Covid'19") Warden Put In high Risk the CoronaVirus All-Inmates -**GRANT relief here.** by depositing same in the Prison legal MAI-BOX for his Counsel with First Class postage affixed and addressed as Follow:

North Lake
Correctional Facility Office/Warden.
Mr/Miss: Donald Emerson
Adress: P.O.Box 1500
Baldwin, MI. 49304.

**Respectfully Submitted**
Mr See, All-Sing-Five Inmates  N/A  [S] N/A
                                    Inmate's/Sing.
Fed.Reg.No. N/A

**NORTH LAKE CORRECTIONAL FACILITY**
**P.O.Box 1500**
**Baldwin, MI. 49304.**

This 02 day of JUNE ,2020.

Inmates Sing-his Certificate of Service are the Follow:

(1)- mr. _____ (sing)
Jorge Gillermo Velez
Fed. N. 71172-018

(2)- mr Jorge Ramos (sing)
Jorge Ramos / Fed.N. 18272-021

(3) mr Fortunato Sandoval Aviles (sing)
Fortunato Sandoval Aviles
Fed. N. 24376-479

(4)- Gamboa Morses /s/ _____
                        signature
Fed.N. 18005-086

(5)- mr. Juan Carlos Parker _____
Juan Carlos Porras Quintero
Fed.N. 26907-078

- 5 -



OFFICE OF THE CLERK")
 States District Court
THE District of Michigan
  (399 Federal Buildin)
10 Michigan St., NW.
ind Rapids, MI. 49503



Mr. Bamboo Moises (And Four-Plaintiff More name)
Fed. Reg. No. 18005-086
North Lake Correctional Facility
P.O. Box 1500
Baldwin, MI. 49304
Unit: D-4 . Cell: 126-

Document Legals